**STEVEN L. BROUNSTEIN PLLC**
*Attorney at Law*
32 Court Street
Brooklyn, New York 11201
Suite 408
(718) 875-5700
FAX (718) 625-6637
sbattylaw@gmail.com

October 23, 2019

Via-ECF

Hon. Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:   <u>United States v. Mcarthur Jean</u>
              17-Cr.- 372(JS)   Deft. #13

Dear Judge Seybert:

      I represent Mr. Jean on the above referenced indictment. Mr. Jean was sentenced by the Court on July 26th to forty-eight (48) months of incarceration. The Court permitted Mr. Jean to voluntarily surrender on November 6th. He has been designated to FPC Fort Dix. Mr. Jean has been under the supervision of Pre-Trial Services during the pendency of this matter without incident. His travel has been restricted to the Eastern and Southern Districts of New York and the Court has permitted him to visit his parents who reside in Florida on several different occasions. Mr. Jeans is requesting permission to travel to visit them from before he surrenders on November 6th. Accordingly, he is seeking to travel to Florida on October 29th and return to New York on November 3rd. I have communicated with counsel for the Government and they have indicated they have no objection to this application.

Respectfully submitted;

/s/

Steven L. Brounstein

*Approved.*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 10/24/2019
Central Islip, NY