U.S. District Court Clerk

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 17 2020   ★

LONG ISLAND OFFICE

Judicial Notice: Responsive Pleading (Under the Miller Notice)

To the Honorable Joanna Seybert, U.S. District Judge, in care of Douglas C. Palmer, Clerk of Court et al,

In accordance with Rule 12 (a)(1)(A)(i), which mandates a 21 day response period, I am requesting the remainder of my sentence to home confinement as per U.S. Attorney General, William Barr, and align with CDC Guidelines that I am entitled to under the U.S. Attorney General's procedures, which are all stated in the Dept. of Justice / OIG Pandemic Response Report 20-086 to transfer an inmate to home confinement, pg. 15. These factors include: (1) age and vulnerability to COVID-19, (2) priority given to those in low and mini-

mum security facilities, (3) priority treat-
ment for inmates with no disciplinary hi-
story within the past 12 months, (4) priority
given to inmates with a minimum score on
the prisoner assessment "PATTERN" score
, (5) a verifiable reentry plan to prevent re-
cidivism, and (6) the inmate's crime of
conviction. To deprive me of this right is not
unconstitutional but to deprive me of my
right to due process without due process
is within itself unconstitutional.

    Of the 6 factors included, in the At-
torney General's memorandum, to transfer in-
mates to home confinement, I check 5 boxes
: (1) I reside in a camp, minimum security fa-
cility, (2) I have no disciplinary history/vio-
lation while incarcerated, (3) confined on the
29th of June, by my Case Manager Offi-
cer Wright, I am a minimum score on the
Prisoner Assessment Tool Targeting Estimated
Risk and Needs (PATTERN) score, (4)
my reentry plan is verifiable, taking residence
with my immediate family, both my parents,
and promising employment with my godsister
at Carnival Cruiseline, and (5) my crime

of conviction is nonviolent. As for age and vulnerability to COVID-19 as an inmate, while I am 37 years of age (not elderly), my vulnerability is an extreme factor. As a black male, member of the African American Community, I am far more susceptible and effected by this virus than any other ethnic background. During a White House Coronavirus Taskforce Briefing, both President Donald J. Trump and Dr. Anthony Fauci took time to expound on this harsh reality. On CNN, Van Jones, a criminal justice advocate and a leader of the criminal justice reform organization, Reform Alliance, hosted a program titled "The Color of COVID", that aired on April 18th. In addition to 2 programs that aired on April 7th and 24th, the focal point of "The Color of COVID" was highlighting the disparity and negative impact of the virus on my community. Despite this, discrimination unfortunately is being shown. Upon your request, I may offer you names of multiple inmates who did not fit the criteria for home confinement but were release nontheless. For example, an elderly inmate who did not meet the 50% threshold for time

served, set by the BOP, was released. He
served 10 months on a 3yr. sentence with no
medical concerns. Another inmate, who met
the threshold for time; however, with violence
on his case, meaning a dead body, was
released as well. Both of these inmates were
Jewish. Their case manager, which is mine
as well, Ms Wright, told 2 black in-
mates, that I know of, in regards to
their home confinement request, "Too bad
you are not Jewish." In regards to my
health, for the past 5 yrs. I suffered
from a horrific skin disease. The day of
my apprehension, this was recorded by
Pretrial Services. I believe the Probation
Dept has the matter recorded, specifically,
in their PSI report. For my condition, I've
seen atleast 15 doctors; it was said to be an
in between of Psoriasis and Eczema. Treat-
ments taken were Prednisone, injections
of Humira to name a few. Unfortunately,
2, 3 years into treatment, it turns out I
was misdiagnosed. After seeing countless
doctors, Dr. Dana Stern, possibly the sole
physician in the country, who deals spe-

cifically with fingernail and toenail care, which mine were compromised significantly, started new treatment for me in early 2019. Being that her practice did not accept insurance and my self surrender to federal custody was near, I was unable to complete treatment. She informed me, through her staff, the prison would not carry treatment for my condition. This was confirmed by the Medical Office at Fort Dix Camp. During this pandemic, I've found myself exacerbating my skin for relief on several occasions, which is how my skin disease originally began to foment. Under CDC Guidelines, a weakened immune system was said to be susceptible to COVID-19. From my recollection, of the minimum of 15 doctors I've visited from the years 2015, the beginning of my illness, to this very day, a number of them have said a weakened immune system may cause my skin disorder. April 6th, was our 1st confirmed case at the camp. Since then, around 60 inmates have tested positive. Approximately 200 inmates were present at Fort Dix Camp at the beginning of April. Last known case, was an African American male set to leave for a Residential Drug Program

to another correctional facility. During his quar-
antine, in the SHU location of the prison,
on his account, he contracted the virus and
was no longer permitted to leave the facility.
Today, he remains at the camp. This occur-
ence, I speak of, is the week of August 2nd
. In the Pandemic Response Report 20-086
, pg. 13, it says, "the Attorney General also
directed the BOP to "immediately maximize
appropriate transfers to home confinement of
all appropriate inmates" at those prisons "where
COVID-19 is materially affecting operations."
Your honor, the distance from where you sit
on your bench to where I stood to face my
fate, in your courtroom, I've witnessed
inmates collapse on the floor at the camp
because of COVID-19. Your honor, this
is a work camp. We are not working to pre-
vent recidivism, but sitting idle with no pos-
sibility of social distancing.
     I've voiced my grievances to the camp
on multiple occasions: informal (upon their
request) and formal compassionate release
notices, multiple BP-8 forms, and a BP-
9 form, which I have all attachments in-

cluded with my letter to you. The informal com-
passionate release request was answered with
no signature or date, I assume, from the
Warden's Office where it was directed. The
response was to meet with my case manager
for possibility of eligibility under compassionate
release / reduction in sentence. I was denied
because of several reasons: not enough time
served, no terminal illness, and I was original-
ly thought to be a low level inmate on the "PAT-
TERN" score. Afterwards, we were encouraged
to do a more formal compassionate release request
, which I submitted on July 2nd 2020. The in-
formal request was sent in May. My formal
compassionate release request, sent in July,
has never been answered. In the request, I
expound on my skin condition as well. Also,
my low level inmate status was upgraded to
minimum level on June 29th 2020. Upon my
case manager reviewing the Male Pattern
Risk Scoring, she recognized my initiative by en-
rolling in a drug program, I had no need for,
which increased my level to a minimum score.
As mentioned before, sadly, time served and
no medical history as well as violence have

exceptions at our camp, especially if you
are Jewish, according to our Case Manager.
While no response for my compassionate re-
lease request has prompted me to your
court for compassionate release, the actions
of the prison, and there are many, but
specifically on August 3rd, that I've pro-
vided you (BP-8 form of 8/4/20) has
underscored my urgency for compassionate re-
lease. I accepted my punishment for my
offense; however, the punishment did not
include death. I am now a 37 year old
black male. At the age of 36, I was
convicted as a 1st time offender, nonviolent
. My desire is not to be excused from my
sentence but to complete my sentence on
home confinement.

Respectfully Submitted,

Jean, McArthur 8/11/20
Docket # (CR17 - 372 (JS))

P.S. attachments included:

(1) Correspondences through email to Case Manager Wright for Home Confinement along with Reentry Plan

(2) Request for Home Confinement to Warden Ortiz ( Informal Compassionate release / reduction in sentence request ( May 2020)

(3) Formal Compassionate Release / Reduction In Sentence Request ( July 2, 2020)

(4) BP-8 form for denial of Compassionate Release / Reduction of Sentence for Informal Compassionate Release Request

(5) BP-9 form for Compassionate Release Request

(6) BP-8 form for Complaint against staff in regards to COVID-19, after a week, I have yet to receive a reply

(7) Correspondences through email with sister in regards to COVID-19

Subject: Fwd: ***Request to Staff*** JEAN, MCARTHUR, Reg# 90293053, FTD-V-A

>>> "^JEAN, ^MCARTHUR" <90293053@inmatemessage.com> 4/4/2020 4:37 PM >>>
To: Ms. Wright
Inmate Work Assignment: Unicor

\*\*\*ATTENTION\*\*\*

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
ccbcae9c-7bb4-4ff0-b2fb-902238c412f2
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

\*\*\*Inmate Message Below\*\*\*

I fear for my life. I am nowhere near my family during this unprecedented time. While measures are being taken, the social distancing at this facility is impossible. Prior to coming to the camp, I did a change of address with the postal service, and when I came to the camp, I gave you 'cop-out sheets' for both relocation and change of address, as my place of residence, after my incarceration, will be with my immediate family in South Florida, North Miami specifically. I have nowhere to go in New York, where I caught my case. I am a first time offender. I do not present a threat to society, so I am asking you to get me closer to my family, or possibly home confinement to finish my sentence. Throughout my time, back and forth with court, reporting to probation and pre-trial services, I followed every measure to the T. I will certainly do so during this horrific time.



what do you want?
You need to be here
18 months

Judgment

Judgement

Judgment

TRULINCS 90293053 - JEAN, MCARTHUR - Unit: FTD-V-A

--------------------------------------------------------------------------------------------------

FROM: 90293053
TO: Case Management Coordinator
SUBJECT: ***Request to Staff*** JEAN, MCARTHUR, Reg# 90293053, FTD-V-A
DATE: 04/06/2020 02:10:11 PM

To: Ms. Wright
Inmate Work Assignment: Unicor

I want to provide you a release plan for home confinement. I will be with my immediate family in South Florida, North Miami. My mom and father will provide me shelter at their residence of 12040 NW 15th Ave. Miami, Florida 33167. The address is confirmed on visitation forms, as well as with Probation. I also provided two "cop-out sheets" with respect to this address for a change of address and relocation. Prior to arriving here at camp, I made the address change with the postal service as I will no longer reside in NY; I have no place to reside in New York. After my incarceration, my plans are and will be to reside with my immediate family. During this unprecedented time, if i'm granted home confinement, I will go directly to my parents. I have spoken to family members who have mentioned possible job opportunities when I get home, specifically my god-sister, Melissa Preal, who's currently seeking a position for me at Carnival Cruiseline. It's truly unfortunate what's going on here, no one called for it, but obviously our lives are at stake, and I do fear for my life. I'm know threat to society, this is my first offense, nonviolent, and since i've been here, i've received many compliments from C.O.'s i've worked for, particularly Food Service: Kent, Kemp, Z, and more, which is where I've done the majority of my work-call since I've been here. For less than a month I presume, I've been at Unicor, which I transferred to because of possible relief from the First Step Act. And Z, the C.O. ahead of daily activity at Food Service, wrote a "letter of recommendation" for me to Unicor on my behalf.

Respectfully,

Jean, McArthur
90293-053

Dear Mr. Ortiz,

Since the initial case of COVID-19
at the camp, I've been in fear of my life. I've
felt everything from nausea, bad headaches,
dizziness, pressure throughout my body and
currently, irritation to my skin as well. I'm
asking for you to graciously grant me Home
Confinement during this unprecedented time.
I have no violent history, this is my 1st of-
fense, and my immediate family has a place
for me to fulfill my obligation to the Bureau
Of Prison. I understand the CARES Act
makes this option available, and worst case
scenario, if I wasn't eligible during such
a horrific time, there are remedies for my
safety during this pandemic: halfway housing and
later home confinement.

Respectfully,
Jean, McArthur

Please see your Case Manager regarding your eligibility

for Home Confinement under the CARES Act.

McCarthy, Sean

02243-053

Comp

18 US C 3582 (c)(1)(A)

responsibility

Employee cap has s

Reduce lvrs capacity

don't deploy have a wouldn't w/o

L8 thc

58

8# Amendment

capacity of 100

10% / 90%

ingress system

Before completing this sheet, please review Program Statement 5050.50, Compassionate Release/Reduction In Sentence, available in the law library.

COMPASSIONATE RELEASE/REDUCTION IN SENTENCE

NAME: _Jean, McArthur_   UNIT: _A_   REG#: _90293-053_ DATE: _4/2/20_

Who is your Physician (circle): **Patel**   Sceusa   Sood   Chinwalla   UNKNOWN

**Choose One Criteria: You can only apply under one criteria.**

____Extraordinary/Compelling Circumstances:

____**Medical Circumstances**

_____Terminal Medical Condition- Terminal Diagnosis with 18 months or less life expectancy.

_____Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled.

____**Elderly Inmates**

_____"New Law" Elderly Inmates – 70 years old or older, and served 30 years or more of sentence.

_____Elderly with Medical Conditions - 65 years old or older and served at least 50% of sentence.

_____Other Elderly Inmate- 65 years or older and served at least 75% of sentence or the greater of 10 years.

____**Death or Incapacitation of the Family Member Caregiver of an inmate's dependent child**- provide verifiable documentation the child is "suddenly" without a caretaker, the family member is in an incapacitated state and unable to care for the child.

____**Incapacitation of a Spouse or Partner** – provide verifiable medical documentation of incapacitated state.

**To be completed by inmate:**

Briefly describe your medical condition or non-medical circumstance: _Since 2015 to present day, I've suffered from what was said to be psoriasis and eczema but later an inaccurate diagnosis. Treatments taken were Prednisone, Humira, Otezla, etc. All were ineffective. A number of doctors said it was because of a weakened immune system; I saw a minimum of 15._
If you have applied before, has anything changed in your medical condition since your last application (if so, describe):

_____

**Proposed Release Plan (Must have ALL of the following):**

Name and contact information of who you will live with, and the last time you spoke to this person about your release plan:

_Felicie Jean, my mother, and I spoke with her on my release plan 2 days ago_

Address of where you will be living: _12040 N.W. 15th Ave. Miami, Fl. 33167_

Where will you receive medical treatment (if applicable): _South Florida under the direction of Dr. Dana Stern_

How will you pay for your medical treatment (if applicable): _Medicaid and Family Support_

Additional Comments:

_Medical office, at the camp, here at Ft. Dix, said they have no solutions for me. There's no telling of the long term side effects and short term that Covid-19 may have on my medical condition which has yet to be diagnosed._

JEAN, MCARTHUR 90293053

OPI: LEGAL DEPARTMENT
Number: FTD 1330.18
Date: November 18, 2014
Attachment: 1

## FCI FORT DIX, NEW JERSEY
## INFORMAL RESOLUTION FORM (BP-8)

You are advised that prior to receiving and filing a Request for
Administrative Remedy Form BP-9, you **MUST** ordinarily attempt to informally
resolve your complaint through your Correctional Counselor.   Briefly
state **ONE** complaint below and list what efforts you have made to resolve
your complaint informally and state names of staff contacted.

Date form issued and initials of Correctional Counselor: 7/2/20 ; Library

INMATE NAME      Jean McArthur
REGISTER NO.     90293-053
BLDG.            CAMP - A

Date the incident complained of occurred: 6/29/20

Complaint and relief requested: I'm denied home confinement because failure to meet time served requirement while inmates have been released whom failed to meet the criteria as well. Black inmates have complained or staff stating, "If only you were Jewish, which is saddening when my community is being effected by this pandemic far more. This is discriminatory. My compromised immune system which has effected my skin for the past 4+ yrs is susceptible to covid-19 and will have serious short and long term ramifications. My request is for home confinement where social distancing and safety of this virus is truly possible.

### CORRECTIONAL COUNSELOR:

Date BP-8 returned to Correctional Counselor: _____

Efforts made to informally resolve and staff contacted: You still have to serve 50%

_____

Date response given to inmate: _____        _____
                                              Counselor      (sign)

Date BP-9 Issued: _____            _____
                                              Unit Manager (sign)

If complaint is **NOT** informally resolved: forward original attached to
BP-9 form to the Legal Assistant.

7/3/20

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Jean , McArthur        90293-053    Camp A   Fort Dix
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**  My request is for Home Confinement where social distan-
cing and safety of this virus is truly possible. I'm currently being housed ~~who~~ in a
facility where approximately 7 inmates reside within less than 6 ft from me.
I'm denied home confinement because failure to meet time served requirement while in-
mates have been released whom failed to meet the criteria as well. Black inmates
have complained of staff stating, "If only you were Jewish," which is saddening when
my community, Black and Hispanics, are being effected by this pandemic far more.
This is discriminatory. My compromised immune system which has effected my skin
for the past 4 + yrs is susceptible to Covid-19 and will have serious short and
long term ramifications. Favoritism is being shown across the nation at federal correctional
Institutions which includes my facility: inmates released with violence, and haven't
time served requirement to mention a few.

7/7/20
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

*Type or use ball-poin*

From: Jean Mc

LAST NAME, FIRST, MID

**Part A- INMATE REQUEST**

cing and safety of this vi.
facility where approxim
I'm denied home confine
mates have been release
have complained of staff
my community, Black
This is discriminatory.
for the past 4 + yrs
long term ramifications.
Institutions which inclu
time served requiremen

7/7/20
DATE

**Part B- RESPONSE**



OPI: LEGAL DEPARTMENT
Number: FTD 1330.18
Date: November 18, 2014
Attachment: 1

FCI FORT DIX, NEW JERSEY
INFORMAL RESOLUTION FORM (BP-8)

You are advised that prior to receiving and filing a Request for
Administrative Remedy Form BP-9, you MUST ordinarily attempt to informally
resolve your complaint through your Correctional Counselor. Briefly
state ONE complaint below and list what efforts you have made to resolve
your complaint informally and state names of staff contacted.

Date form issued and initials of Correctional Counselor: 8/4/20 ; Library

INMATE NAME _McArthur Jean_
REGISTER NO. _90293 - 653_
BLDG. _CAMP A_

Date the incident complained of occurred: _8/3/20_

Complaint and relief requested: _I am being constantly harassed,
specifically by Officer Mr. Krzewska, with regards to sheets
along the side of my bunk, encouraged and approved by
Officer Brinson, Unit Team Manager, as an added (see atachment)_

CORRECTIONAL COUNSELOR:

Date BP-8 returned to Correctional Counselor: _____

Efforts made to informally resolve and staff contacted: _____

_____

_____

_____

Date response given to inmate: _____    _____
                                            Counselor      (sign)

Date BP-9 Issued: _____    _____
                                        Unit Manager (sign)

If complaint is NOT informally resolved: forward original attached to
BP-9 form to the Legal Assistant.

BP-8  Attachment

precaution due to Covid-19; to which, I in-
formed her of our Unit Team Manager's
approval last week when she initally removed
a sheet from my bunk. Following as a result,
she has removed both sheets compromising
my person where I have at least 6 inmates
within 6 feet of my vicinity. During this
pandemic, on 3 seperate occasions, I went
to the medical office where they dismissed
my symptoms for anxiety. Her Actions are ad-
ding to my anxiety. I was sentenced to 48
months at Fort Dix, not death. So long as
we are reprimanded for not wearing mask and
alternating between dorms for recreation, chow
, etc., due to this pandemic, we should be
allowed to safeguard our bunks where social
distancing is practically impossible.

8/4/20

Jean, McArthur

90293-053

TRULINCS 90293053 - JEAN, MCARTHUR - Unit: FTD-V-A

---------------------------------------------------------------------------------------

FROM: 90293053
TO: Mcglashan, Margalita
SUBJECT: RE: RE: Carthur update
DATE: 04/06/2020 05:36:02 PM

I told the nurse on staff, he took my temp and it was 98.7, i went back to him and told him I don't want to put the population at risk, and he said, he'll tell the doctor about it, I don't know when he'll get back though. Some people are saying it may be anxiety but i don't know, i don't like the feeling
-----Mcglashan, Margalita on 4/6/2020 5:21 PM wrote:

>

So what are they doing about it?

MCARTHUR JEAN on 4/6/2020 2:08:21 PM wrote
they confirmed it, he has it
-----Mcglashan, Margalita on 4/6/2020 1:36 PM wrote:

>

Yea they may not say because of hippa laws.

MCARTHUR JEAN on 4/6/2020 9:50:51 AM wrote
Another inmate claims he overheard one of the CO's say the guy who was sick has it. His bunk is outside the door and he could hear the CO's speaking.. The camp didn't officially announce it but that's what I heard from the inmate

JLINCS  90293053 - JEAN, MCARTHUR - Unit: FTD-V-A

--------------------------------------------------------------------------------

ROM: 90293053
O: Mcglashan, Margalita
SUBJECT: RE: How are you?
DATE: 04/09/2020 02:51:28 PM

didnt receive books yet, also, and i can't explain how i feel, now i have a feeling thats running throughout my body, this morning
i was fine, then alls a sudden there's a feeling thats sucking my nose in, then my teeth, then it's in brain, etc.
-----Mcglashan, Margalita on 4/9/2020 1:36 PM wrote:

>

Hey just checking in to see how you're feeling since we last spoke. Also did you ever the book I sent?

TRULINCS 90293053 - JEAN, MCARTHUR - Unit: FTD-V-A

---------------------------------------------------------------------------------------------------------

FROM: 90293053
TO: Mcglashan, Margalita
SUBJECT: RE: How are you?
DATE: 04/09/2020 11:03:38 PM

Love, it's like it's pulling my face out, sometimes pushing it in; it travels thru-out my body, my teeth feels like it's being pulled when the feeling is there. This is not literal, it's just how it feels. Do you know what it could be? There's another confirmed case here
-----Mcglashan, Margalita on 4/9/2020 1:36 PM wrote:

>

Hey just checking in to see how you're feeling since we last spoke. Also did you ever the book I sent?

TRULINCS  90293053 - JEAN, MCARTHUR - Unit: FTD-V-A

---------------------------------------------------------------------------------------------------

FROM: 90293053
TO: Mcglashan, Margalita
SUBJECT: RE: RE: How are you?
DATE: 04/10/2020 05:18:41 PM

4 confirmed cases of COVID-19 at the camp according to our cpu system for updates
-----Mcglashan, Margalita on 4/10/2020 9:51 AM wrote:

>

I'm not sure what it could be. Make sure you relay all symptoms to the doctor.

MCARTHUR JEAN on 4/9/2020 11:19:49 PM wrote
Love, it's like it's pulling my face out, sometimes pushing it in; it travels thru-out my body, my teeth feels like it's being pulled
when the feeling is there.  This is not literal, it's just how it feels.  Do you know what it could be?  There's another confirmed
case here
-----Mcglashan, Margalita on 4/9/2020 1:36 PM wrote:

>

Hey just checking in to see how you're feeling since we last spoke. Also did you ever the book I sent?

TRULINCS 90293053 - JEAN, MCARTHUR - Unit: FTD-V-A

--------------------------------------------------------------------------------

FROM: 90293053
TO: Mcglashan, Margalita
SUBJECT: RE: RE: How are you?
DATE: 04/10/2020 08:20:40 PM

Love, maybe you can reach out to an allergan doctor to explain the feelings i'm getting to see what they say, these people are really not helping me with this matter, they don't have the slightest idea, i can't seem to shake it off but it's annoying me and every now and then, i feel like imma throw-up. It's like a bubble moving thru out my body: both sides of my chest, head, neck, teeth, legs, just about everywhere. And depending where it lands, it's as if it releasing air, pulling and pushing (for example, my teeth), not literally but it feels like it. I'm trying to figure out what it could possibly be. Ask around for me so I can get some understanding. Being that they don't think it's COVID-19, they're not giving me a direct answer.
-----Mcglashan, Margalita on 4/10/2020 9:51 AM wrote:

>

I'm not sure what it could be. Make sure you relay all symptoms to the doctor.

MCARTHUR JEAN on 4/9/2020 11:19:49 PM wrote
Love, it's like it's pulling my face out, sometimes pushing it in; it travels thru-out my body, my teeth feels like it's being pulled when the feeling is there. This is not literal, it's just how it feels. Do you know what it could be? There's another confirmed case here
-----Mcglashan, Margalita on 4/9/2020 1:36 PM wrote:

>

Hey just checking in to see how you're feeling since we last spoke. Also did you ever the book I sent?



Jean Uchkim # 90293-053

Federal

FCI Camp / P.O. Box 2000

Dix, New Jersey 08640

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640    8-14-20

The enclosed letter was processed through special mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return this material. If the writer encloses correspondence for forwarding to another address or includes unauthorized items, please return to the above address.

Douglas C. Palmer
Clerk of Court et al
Eastern District of N.Y.
100 Federal Plaza
Central Islip, NY 11722

U S M S

RECEIVED
US DISTRICT COURT E.D.N.Y.

★ AUG 17 2020 ★

LONG ISLAND OFFICE

TRENTON P&DC, NJ 086
14 AUG 2020    PM

USA
USA
USA
USA