U.S. District Court Clerk
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

SCANNED

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 27 2020 ★
BROOKLYN OFFICE

RECEIVED
AUG 27 2020
PRO SE OFFICE

To Doug C. Palmer, Clerk of Court et al,

    Under 18 U.S.C.S. § 1001, as a reminder, it says any judicial branch employee that knowingly and intentionally attempts to cover up and conceal a material fact And that material fact is personal jurisdiction over me, McArthur Jean, and the subject matter jurisdiction of your court in case number "DNYE117CR000372 would be delivered in violation of the reference code above and Rule 9(b) fraud especially material and negligent misrepresentation. Therefore, when I asked you for discovery to prove this court and government had under Rule 4(c)(1) personal jurisdiction over me, Mc-

Arthur Jean, that would be contained in administrative record known as discovery that would have had to be filed in advance by the office of the clerk and given to the U.S. Marshal's Office in the form of a summons to be delivered to myself or the complaint sent by certified mail. Therefore, Mr. Palmer, Clerk of Court et al, surely you do not wish to be in violation of 18 U.S.C.S. §1001 where one is subject of a fine and up to 5 yrs in prison for falsifying a federal document as you have not placed a date on your official court letter but rather on the envelope of July 22, 2020. Moreover, as an upstanding court, lawful and just, it would be certainly out of character. Hence, I'm asking you under the Privacy Act Section 552 a(e)(5) to provide me proof because we both know, without it, this court and government would be in violation of Rule 4 (c)(1), meaning the court did not have subject matter jurisdiction to adjudicate the case. For this reason, I'm forced to invoke subject matter jurisdiction. In addition, I'm asking this court under Rule 56(e) to

grant me summary judgement, the government having failed to produce a genuine material dispute against my factual assertion. I wait your prompt response.

Respectfully Submitted,

McArthur Jean (Docket # CR17-372 (JS))

8/3/20

Jean McArthur # 90293-053
Federal Correctional Institution
FCI Camp / P.O. Box 2000
Ft. Dix, New Jersey 08640

Clerk of Court
147 Pierrepont Street
Brooklyn, NY 11201

Doug C Palmer

U.S. Attorney's Office Eastern District

TRENTON NJ 085
05 AUG 2020 PM 4 L



FEDERAL CORRECTIONAL INSTITUTION
P. O. BOX 2000
FORT DIX, NJ 08640

The enclosed letter was processed through special mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material. If the writer encloses correspondence for forwarding to another addressee, includes unauthorized items, please return to the above address.